# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TSAWD HOLDINGS, INC., et al., | : | Case No. 16-10527 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | Adv. Pro. No. 16-50368 (MFW) |
| SPORT DIMENSION, INC. a/k/a BODY GLOVE, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 19-762-RGA |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR ADMINISTRATIVE AND COLLATERAL AGENT, | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **3rd** day of **June, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, in addition to a letter[1] provided by counsel on May 14, 2019, a teleconference was held on May 31, 2019 for further review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would

---

[1]Counsel were required to provide a joint letter regarding their positions on mandatory mediation. As per order of this court, this letter is not docketed.

not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties request that the following schedule be entered:

**Appellant's Statement of Issues and Designation of the Record on Appeal:** Within 14 days after entry of final judgment by the Bankruptcy Court after the hearing scheduled on June 4, 2019.

**Appellee's Designation of Additional Items**: Within 14 days after Appellant files its designation of record on appeal

**Appellant's Opening Brief and Appendix:** Within 30 days after completion of the record

**Appellee's Response Brief and Supplemental Appendix**: Within 30 days after Appellant's Opening Brief and Appendix

**Appellant's Reply Brief:** Within 14 days after Appellee files Responsive Brief

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from mandatory mediation and proceed through the appellate process of this Court. The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge